UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-110 |
| VERSUS | SECTION: "R" |
| TROYLYNN BROWN | VIOLATION:<br>18 USC § 371<br>18 USC § 1341; 18:2 |

### NOTICE OF SENTENCING

PLEASE TAKE NOTICE that defendant TROYLYNN BROWN is hereby set for **SENTENCING** on **MARCH 29, 2023, at 10:30 a.m**.., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C279, New Orleans, LA. 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

**The Court hereby orders that any request for the imposition of a non-guideline sentence comply with the deadlines established in LCrR 32.1.1 and 32.1.2 regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

| | |
|---|---|
| Date: January 10, 2023 | CAROL L. MICHEL, CLERK |
| | by: Cherie Stouder, Case Manager |
| TO: Troylynn Brown (Bond) | AUSA: Brandon Long, T.A.<br>Email: brandon.long@usdoj.gov |
| **COUNSEL FOR BROWN:**<br>Julie Tizzard, CJA<br>Email: julietizzard@hotmail.com | U.S. Marshal |
| | U.S. Probation & Pre-Trial Services Unit |
| | **JUDGE VANCE & MAGISTRATE** |
| **If you change address,<br>notify clerk of court<br>by phone, 504-589-7683** | **COURT REPORTER COORDINATOR<br>INTERPRETER: NO** |
| | S/A Robert Orvin, FBI<br>neworleans@ic.fbi.gov |