UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-110** |
| v. | * | SECTION: "R" |
| **TROYLYNN BROWN** | * | |
| | * * * | |

## ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be 3 points.

New Orleans, Louisiana, this  29th  day of     March    , 2023.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE