MINUTE ENTRY
VANCE, J.
MARCH 29, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 21-110 |
| TROYLYNN BROWN (BOND) | SECTION:  R |

CASE MANAGER:  CHERIE STOUDER
COURT REPORTER:  NICHELLE WHEELER
LAW CLERK: SOPHIE LIPMAN

### SENTENCING HEARING

APPEARANCES:   TROYLYNN BROWN, DEFENDANT
JULIE TIZZARD, COUNSEL FOR DEFENDANT
BRANDON LONG, ASSISTANT U.S. ATTORNEY
HUGO MEJIA, U.S. PROBATION OFFICER

Court begins at 10:43 a.m.
All present and ready.
Defendant present for sentencing as to Count 1 of the Indictment.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Government orally moves to dismiss the remaining counts, GRANTED.
Defendant released on bond to self-surrender on June 5, 2023, at 12:00 p.m. (noon).
Counsel thanked and excused.
Court adjourned at 10:54 a.m.

JS-10: 00:11