UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-110 |
| VERSUS | SECTION: "R" |
| TROYLYNN BROWN | VIOLATION:<br>18 USC § 371<br>18 USC § 1341; 18:2 |

## NOTICE OF RESTITUTION HEARING

PLEASE TAKE NOTICE that this criminal case has been set for a Restitution hearing on May 3, 2023, at 10:30 a.m., before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C279, New Orleans, LA. 70130

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  April 4, 2023

TO: Troylynn Brown (Bond)

**COUNSEL FOR BROWN:**
Julie Tizzard, CJA
Email: julietizzard@hotmail.com

**If you change address,
notify clerk of court
by phone, 504-589-7683**

CAROL L. MICHEL, CLERK

by:  Cherie Stouder, Case Manager

AUSA: Brandon Long, T.A.
Email: brandon.long@usdoj.gov

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

**JUDGE VANCE & MAGISTRATE**

**COURT REPORTER COORDINATOR**
**INTERPRETER: NO**

S/A Robert Orvin, FBI
neworleans@ic.fbi.gov