UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-110 |
| TROYLYNN BROWN | SECTION "R" (2) |

## ORDER

Before the Court is the parties' joint stipulation concerning the amount of restitution owed by defendants Herbert Allen, Dion Ridley, and Troylynn Brown.[1] Consistent with the judgment this Court issued on March 29, 2023,[2] the Court has issued an amended judgment that includes the terms of defendant's restitution obligations. The restitution hearing scheduled for May 3, 2023, is hereby cancelled.

New Orleans, Louisiana, this __2nd__ day of May, 2023.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 241.
[2] R. Doc. 227.