LAED 247 (Rev. 10/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

United States of America
v.
TROYLYNN BROWN

Case No.: 21-110 "R" (2)
BOP No.: 36135-510

Date of Original Judgment: 03/29/2023
Dates of Previous Amended Judgments/Orders: 05/01/2023

Julie Tizzard
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment or order issued)* of  24  months **is reduced to**  18 .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:  17   as of  5/1/2023    Amended Total Offense Level:  15
Criminal History Category:  I                          Criminal History Category:  I
Previous Guideline Range:  24  to  30  months          Amended Guideline Range:  18  to  24  months

***(Complete Part II of Page 2 when motion is granted)***

**COMMENTS AND/OR REASONS FOR GRANTING OR DENYING REDUCTION** *(For Public Disclosure)*

THE DEFENDANT RECEIVED ZERO CRIMINAL HISTORY POINST AND MEETS ALL OF THE ADDITIONAL CRITERIA FOR A TWO-POINT OFFENSE LEVEL REDUCTION UNDER U.S.S.G § 4C1.1, RESULTING IN A REDUCTION OF HER GUIDELINES RANGE.  SHE WAS PREVIOUSLY SENTENCED TO THE BOTTOM OF HER APPLICABLE GUIDELINES RANGE.  THE COURT FINDS THAT A REDUCTION TO THE BOTTOM OF HER NEW RANGE IS APPROPRIATE BECAUSE THE ADJUSTMENT ADEQUATELY REFLECTS THE SERIOUSNESS OF THE OFFENSE, PROMOTES RESPECT FOR THE LAW, PROVIDES JUST PUNISHMENT, AND AFFORDS DETERRENCE.

Except as otherwise provided, all provisions of the judgment dated  05/01/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  05/07/2024

*Sarah Vance*
*Judge's signature*

Effective Date:  05/07/2024              SARAH S. VANCE, UNITED STATES DISTRICT JUDGE
*(No earlier than February 1, 2024, for Amend. 821 sentence reductions.)*           *Printed name and title*